ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortes Avenue
   Hagatna, Guam 96910
5  PHONE: (671) 472-7332
6  FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM

SEP - 1 2005 ᵠᵖ

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,          )   MAGISTRATE CASE NO. 05-00044
11                                    )
12         Plaintiff,                  )   **INFORMATION**
                                      )
13         vs.                         )   **IMPROPER ENTRY**
                                      )   **BY ALIEN**
14                                    )   [8 U.S.C. § 1325 (a)(1) & (2)]
                                      )   (Misdemeanor)
15 LIU MEI LIU,                       )
16         Defendant.                  )
   _____)

18 THE UNITED STATES ATTORNEY CHARGES:

19
20     On or about August 24, 2005, in the District of Guam, the defendant herein, LIU MEI
21 LIU, an alien, did unlawfully and knowingly enter and attempt to enter the United States at a
22 time and place other than as designated by immigration officers, and did elude examination and
23 //
24 //
25 //
26 //
27
28

inspection by immigration officers, all in violation of Title 8, United States Code, §§ 1325(a)(1) & (2).

RESPECTFULLY SUBMITTED this 1st day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **MG 05-00044**
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_  Matter to be sealed: ____ Yes _X_ No

Defendant Name _____LIU MEI LIU_____

Alias Name _____

Address _____
_____

Birthdate _1964_ SS# ____ Sex _F_ Race _A_ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson____

Interpreter: ____ No _X_ Yes  List language and/or dialect: _Mandarin_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty _X_ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC § 1325(a)(1)&(2) | Improper Entry by Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __9/1/05__ Signature of AUSA: _Karon V Johnson_

**RECEIVED**
SEP - 2 2005
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**