# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

U.S. MARSHALS-GUAM
RECEIVED
-2 SEP 2005 14 00 01

UNITED STATES OF AMERICA

V.

**LIU MEI LIU**

**WARRANT FOR ARREST**

Case Number: **MG-05-00044**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ **LIU MEI LIU** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   **X** Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

**IMPROPER ENTRY BY ALIEN**

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2005
MARY L.M. MORAN
CLERK OF COURT

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1325(a)(1) & (2)** _____

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

/s/ Hernandez
Signature of Issuing Officer

**DEPUTY CLERK, DISTRICT COURT OF GUAM**
Title of Issuing Officer

**SEPTEMBER 2, 2005; HAGATNA, GUAM**
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| SIRENA PLAZA, AGANA, GUAM |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-7-05 | NICHOLAS E. HANEY, SA | /s/ Nick S. |
| DATE OF ARREST 9-7-05 | | |

ORIGINAL