IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
SEP - 8 2005
**MARY L.M. MORAN
CLERK OF COURT**

**CASE NO. MG-05-00044**      **DATE: 09/08/2005**

HON. S. JAMES OTERO, Designated Judge, Presiding
Court Recorder: Wanda M. Miles
Hearing Electronically Recorded: 2:27:24 - 2:36:46
Hearing Electronically Recorded: 3:42:33 - 4:22:48

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: LIU MEI LIU**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.

**ATTY: CURTIS VAN DE VELD**
(X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT: MIKE HERNANDEZ, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: STEPHEN GUILLLIOT

U.S. MARSHAL: J. CURRY

**PROCEEDINGS:   INITIAL APPEARANCE / ARRAIGNMENT / PLEA**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: CURTIS VAN DE VELD, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: 42  D.O.B: 1964  HIGH SCHOOL COMPLETED: ELEMENTARY IN CHINA
(X) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
(X) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: CHARGE CONTAINED IN THE INFORMATION
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: NO WRITTEN PLEA   PLEA: (X) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: DECEMBER 27, 2005 at 10:00 A.M.  ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: NOVEMBER 1, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: : _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* (X)*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**Defense requested additional time to advise his client of her rights. The Court continued the matter to 3:30 p.m.**

**Defendant pled guilty without a written plea agreement. Defense requested an expedited sentencing date. The Court encouraged the Probation Officer to expedite the report and informed Defense counsel that he may move for an earlier sentencing date if the report is completed sooner than November 1, 2005.**