DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00044 |
|---|---|
| Plaintiff, vs. | ORDER |
| LIU MEI LIU, | |
| Defendant. | |

IT IS HEREBY ORDERED that **CURTIS VAN DE VELD** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 7, 2005.

Dated this 8th day of September, 2005.

_____
S. JAMES OTERO, Designated Judge
U.S. DISTRICT COURT OF GUAM

