# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   vs.<br><br>Liu Mei Liu,<br><br>            Defendant. | Case No. 1:05-mj-00044<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA-20 Appointment Order filed September 9, 2005*, on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　　*Curtis Van de Veld*
*September 12, 2005*　　　　　　　　　　*September 12, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*CJA-20 Appointment Order filed September 9, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 12, 2005　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk