# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:05-mj-00044 |
| vs. | |
| Liu Mei Liu, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***CJA 20 Voucher, filed September 14, 2005 and the CJA 21 Voucher, filed September 14, 2005*** on the dates indicated below:

*Curtis C. Van de Veld*
*September 14, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***CJA 20 Voucher, filed September 14, 2005 and the CJA 21 Voucher, filed September 14, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 16, 2005                    /s/ Leilani R. Toves Hernandez
                                                              Deputy Clerk