# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Liu Mei Liu,<br><br>    Defendant. | Case No. 1:05-mj-00044<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order of Detention filed September 19, 2005,* on the dates indicated below:

*U.S. Attorney's Office Curtis Van de Veld U.S. Probation Office U.S. Marshal Service*
*September 20, 2005  September 20, 2005 September 20, 2005  September 20, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order of Detention filed September 19, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 21, 2005        /s/ Leilani R. Toves Hernandez
                       Deputy Clerk