VAN DE VELD SHIMIZU CANTO & FISHER
*Curtis C. Van de veld, Esq.*
Suite 101, De La Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-2863
Fax: (671) 472-2886

Attorney for Defendant: LIU MEI LIU

FILED
DISTRICT COURT OF GUAM
DEC 23 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> LIU MEI LIU, ) <br> ) <br> Defendant. ) | MJ05-00044-001 <br><br> **DEFENDANT'S STATEMENT OF POSITION CONCERNING THE PRESENTENCE REPORT** |

COMES NOW defendant LIU MEI LIU through Defendant's court appointed counsel, VAN DE VELD SHIMIZU CANTO & FISHER, by Attorney Mr. Curtis C. Van de veld, Esq., to state that the Defendant has had the *Presentence Investigation Report*, *Addendum To The Presentence Report*, *Government's Statement Adopting Findings Of Presentence Report*, and the *Sentencing Recommendation* read to her by Mimi Clinard an interpreter, who interpreted those documents into the Chinese language for Defendant, and pursuant to

**ORIGINAL**

Federal Rules of Criminal Procedure, Rule 32, and District Court Of Guam Rules of Court General Order No. 98-00002.

Defendant here addresses the requirements of General Order No. 98-00002, which instruct that counsel shall state:

(1) All sentencing factors, facts and other matters material to sentencing that remain in dispute, including a statement and calculation if appropriate, showing how the dispute effects the calculation of the guidelines range.

(2) Whether an evidentiary hearing is requested and, if so, an estimate of the time required for such hearing and a summary of the evidence to be produced.

I. ALL SENTENCING FACTORS, FACTS AND OTHER MATTERS MATERIAL TO SENTENCING THAT REMAIN IN DISPUTE, INCLUDING A STATEMENT AND CALCULATION IF APPROPRIATE, SHOWING HOW THE DISPUTE EFFECTS THE CALCULATION OF THE GUIDELINES RANGE.

Defendant has been provided a copy of the *Presentence Investigation Report* ("*DPIR*") on December 23, 2005.

The following factual errors are noted. Defendant's date of birth is February 12, 1964. At page 3, ¶2, second line, Defendant's counsel's name is errantly indicated as "Ban de Veld," and should read as "Van de veld."

No other errors are noted and the Presentence report is otherwise adopted by Defendant.

II. AN EVIDENTIARY HEARING IS REQUESTED only if the court determines that such hearing is necessary in order for Defendant to meet the burden of proof for the issues raised by Defendant.

Respectfully submitted: Friday, December 23, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

CURTIS C. VAN DE VELD
Attorney for defendant
LIU MEI LIU

## CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on December 23, 2005, via hand delivery at the following address:

Ms. Karon V. Johnson, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office,
District Of Guam
Criminal Division
6th Floor, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

and to,

Ms. Maria C. Cruz
United States Probation Officer
United States Probation Office,
District Of Guam

District Court Of Guam
2nd Floor, 520 W. Soledad Avenue
Hagåtña, Guam 96910

Dated: Friday, December 23, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
**Curtis C. Van de veld**
Attorney for Defendant
LIU MEI LIU

CCV:ccv
VSCF/L.M. LIUCR000593