DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING


FILED
DISTRICT COURT OF GUAM
DEC 27 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00044      DATE: December 27, 2005

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge      Law Clerk: Jennifer Moton
Court Recorder and Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:03:14 - 10:15:32      CSO: B. Pereda

*********************** A P P E A R A N C E S ***************************

**DEFT:** LIU MEI LIU                                **ATTY:** CURTIS VAN DE VELD
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON                     **AGENT:**

**U.S. PROBATION:** MARIA CRUZ                       **U.S. MARSHAL:** G. PEREZ & W. GRAY

**INTERPRETER:** FOO MEE CHUN CLINARD                **LANGUAGE:** MANDARIN

***

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level:           Total offense level:          Criminal History Category:

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Sentence the defendant to time already served.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Concurred with defense counsel; defendant has been incarcerated for 112 days.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense requested for the U.S. Marshals Service to delay the transfer of the defendant to U.S. Immigration officials to allow for the notarization of documents she needs for marriage. Government had no objection. The Court Ordered the Marshals Service to allow for such arrangements.

SENTENCE: MJ-05-00044                  DEFENDANT: LIU MEI LIU

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF __112 DAYS (TIME SERVED).__

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF __ONE YEAR__.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. §1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, SHE SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT RE-ENTER WITHOUT THE PERMISSION OF THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, SHE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HER TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL OFFENSE.

3. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE MANDATORY DRUG TESTING CONDITION IS HEREBY SUSPENDED BASED ON THE COURT'S DETERMINATION THAT THE DEFENDANT POSES A LOW RISK OF FUTURE SUBSTANCE ABUSE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. §3583.

5. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A $10.00 SPECIAL ASSESSMENT FEE IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS.

DEFENDANT TURNED OVER TO THE U.S. MARSHALS SERVICE FOR PROCESSING.

Courtroom Deputy: _____