PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT
## FOR THE
### District of Guam

FILED
DISTRICT COURT OF GUAM
JAN -8 2007
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | MAGISTRATE CASE NO. 05-00044-001 |
| LIU MEI LIU | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **December 26, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
    Curtis Vandeveld, Defense Counsel
    File

RECEIVED
JAN 05 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 8th day of January 2007.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam